UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
DEC - 9 2020
PRO SE OFFICE

Ahtwana Marie Smith

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Sean Combs, Sharhonda Smith, Damon Dash, Daniel Henry, Carlton Roper, Robert Williams, Roc Nation, Reform Alliance, Atlantic Records, Maybach Music Group, Starz TV, Curtis Jackson, Michelle Smalls, Yandy Smith, Jim Jones, Joseph Guillerrno Jones & Torrei Hart

OG Shabazz The Pullup Podcast, Jermaine Coleman, Kitchen Talk Podcast, Leonard Grant, DDS, DDF, TmT Floyd Mayweather

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ahtwara Marie Smith_

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

_Daniel    Henry Actor_
_From Damon Dash & Kanyewest_
_Films  &_
_Torrei Hart  Actor_

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahtuana Marie Smith

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-  P. Diddy

Carlton Roper/Sean Combs
Roperdope Entertainment
Jiton Green, Rema Townsend
Floyd Mayweather, OG Shabazz The Pullup Pod Cast

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been
assigned)

-against-

**COMPLAINT**

Damon Dash
Dame Dash Studios, Poppingtonclothing
Uncle murder Leonard  Grant
Jermaine Coleman A·K·A· F the truth Keep Shinning

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Ahtwana Smith_

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

_Yandy Smith Harris LNHHNY_
&
_Mendee Cee Harris LNHHNY_
_Sharhonda Lorraine Smith_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ahtwana Marie Smith_

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been
assigned)

-against-

_Reform Alliance_
_Chairman_
_Robert Williams, Meek Mill_
_and MS. Harris mother of Mr. Williams 2nd Son_

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahtwana Marie Smith

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

Roc Nation &
Rapper Jim Jones & JohnAncrum
& Joseph Gullermo Jones
Rapper Camron E. Giles

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahtwana M Smith

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

**COMPLAINT**

Daymon Dash & Dame Dash Studies
Daniel Henry Actor
Carlton Roper=roperdope Entertainment
Michelle Smalls/Michelle Smalls Realty

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahtwana Marie Smuth
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been
assigned)

-against-

G Unit Records
Curtis Jackson
Starz T.V. &
Onika T. Maraj / Nicki Minaj

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

If the defendant is an individual:

The defendant, _Damon Dash_, is a citizen of the State of
(Defendant's name)

_California_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Damon Dash_, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name |
|---|---|---|

_Damon Dash, does not_

Street Address

_need my present_

County, City                                 State          Zip Code

_address!!_                   _amarieparalegalandnotary@_

Telephone Number              Email Address (if available)

_gmail.com_

Page 3

If the defendant is an individual:

The defendant, _Reform Alliance_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Robert Williams_, is incorporated under the laws of

the State of _New York_ _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Ahtwana_ _Marie_ _Smith_

First Name          Middle Initial     Last Name

_____

Street Address

County, City              State          Zip Code

_989-261-7172_        _amarie paralegalandnotary@gmail_

Telephone Number          Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, _Roc Nation_____, is a citizen of the State of
(Defendant's name)

_New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Robert Williams_____, is incorporated under the laws of

the State of _New York_____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Ahtwana_____   _N._____   _Smith_____
First Name         Middle Initial        Last Name

_____
Street Address

_____
County, City                         State                    Zip Code

_929-261-7172_____                   _amarieparalegalandnotary@gmail_
Telephone Number                     Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, _Daniel Henry_____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____.

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Ahtwana_____  _Marie_____  _Smith_____
First Name              Middle Initial         Last Name

_____
Street Address

_____
County, City                          State              Zip Code

_929-241-7172_____        _amarieparalegalandnotary@gmail.com_
Telephone Number                    Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, *Carlton Roper*, is a citizen of the State of
(Defendant's name)

*New York*

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, *Carlton Roper*, is incorporated under the laws of

the State of *New York*

and has its principal place of business in the State of *Roperdope Entertainment*

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name                    Middle Initial        Last Name

_____

Street Address

_____

County, City                              State          Zip Code

*929-261-7172*

Telephone Number                    *amarie paralegal and notary @gmail*

                                    Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, *Michelle Smalls*, is a citizen of the State of
(Defendant's name)

*New Jersey*

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, *Michelle Smalls*, is incorporated under the laws of

the State of *New York, New Jersey, PA.*

and has its principal place of business in the State of *N.Y.*_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in *NY*_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*Ahtwana*      *M.*      *Smith*_____
First Name          Middle Initial      Last Name

_____
Street Address

_____
County, City

*929-261-7172*_____          *amarie paralegal and notary@gmail*
Telephone Number                    State          Zip Code
                                    Email Address (if available)

If the defendant is an individual:

The defendant, _Damon Dash_, is a citizen of the State of
(Defendant's name)

_California_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Dame Dash Studios_, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Ahtwana_ _M._ _Smith_

First Name            Middle Initial        Last Name

_____

Street Address

_____

County, City                          State              Zip Code

_929-261-7172_                        _amarie paralegal and notary@gmail_

Telephone Number                      Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, _Milano a.k.a Ms. Harris_, is a citizen of the State of
(Defendant's name)

_California_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Milano Di Rouge_, is incorporated under the laws of

the State of _Pennsylvania_

and has its principal place of business in the State of _The Common wealth of PA_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _online & Philadelphia_

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name              Middle Initial       Last Name

_____

Street Address

_____

County, City                        State          Zip Code
_929 261-7172_                      _amarie paralegalandnotary_
Telephone Number                    Email Address (if available)    _@gmai_

Page 3

If the defendant is an individual:

The defendant, _Onika T. Miraj Petty_ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Antwana_          _M._          _Smith_
First Name              Middle Initial        Last Name

_____

Street Address

_____

County, City

_929-261-7172_                      State          Zip Code
Telephone Number                    _amarie paralegalandnotary@gmail_.
                                    Email Address (if available)

B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:        OGShabaxx & Instagram name

First Name                          Last Name

The Pull UP Podcast

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code


Defendant 2:        _____

First Name                          Last Name

Floyd Mayweather

Current Job Title (or other identifying information)

TMT Management

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code


Defendant 3:        _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code

Page 4

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:      Damon Dash
                  First Name                      Last Name

                  Dame Dash Studios
                  Current Job Title (or other identifying information)

                  _____
                  Current Work Address (or other address where defendant may be served)

                  _____
                  County, City                State              Zip Code

Defendant 2:      Daniel                 Henry
                  First Name                      Last Name

                  Actor from Dame Dash & Kanye West Films
                  Current Job Title (or other identifying information)

                  _____
                  Current Work Address (or other address where defendant may be served)

                  _____
                  County, City                State              Zip Code

Defendant 3:      Carlton              Roper
                  First Name                      Last Name

                  roperdope entertainment
                  Current Job Title (or other identifying information)

                  _____
                  Current Work Address (or other address where defendant may be served)

                  _____
                  County, City                State              Zip Code

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: ___Floyd J Mayweather___
First Name          Last Name

___TMT___
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 2: ___OG Shabazz = Instagram name___
First Name          Last Name

___The Pull Up PODCAST___
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3: ___Joey Brown___
First Name          Last Name

___Photographer  Photo Joe Brown___
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Page 4

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Robert Williams- Meek Mill
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State              Zip Code

Defendant 2:    Onika Maraj = Nicki Minaj
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State              Zip Code

Defendant 3:    Mendee Cee    Harris
_____
First Name                          Last Name

                LHHNY
_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State              Zip Code

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Torrei Hart

First Name                    Last Name

DDS, Dame Dash Films    skinnybishketa@gmail.com

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 2: Sharhonda    L.    Smith

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 3: Rema    Townsend

First Name                    Last Name

Fraud    RISA

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    *Joseph Guillermo Jones*

First Name                                     Last Name

*Rapper Roc Nation*

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 2:    *Camron & Giles*

First Name                                     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 3:    *John Ancrum*

First Name                                     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Page 4

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                  State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: online facebook, Instagram @ my home & place of employment

Date(s) of occurrence: From 2014 to present everyday of the week.

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Michelle Smalls + c. Carlton Roper, Damon Dash, Daniel Henry Considering that these opportunist, are desperate to do a TV. Series, and movie along with writing books based upon my real life and my family along with the family and death of my inlaws and they are so desperate to do a remake of Paid and Full, and relive the deaths of Demencio Benson, and Domen Porter they can do it in a court room. Damon Dash, lured my nephew to California, to have him murdered February 2019, the murder didn't take place because I didn't comment on his apology. Torrei Hart, can never be me, Michelle Smalls can never be me and I could never be the woman these opportunist are trying to make me out to be, with that being said ——>

Page 5

C____ ____, is mad because Funk Flex, told him to take it like a Champ that Jay-Z and Lyor are successful so he told his shooter James Lee to wear a Champion hoody at arrest. I think a special prosecutor should be put on the case of Tamel Dixon, his mother should be informed that Damon Dash, is the one that had a target on Tamel Dixon, not the NYPD or the Department of Corrections or due to her activism. I'm sure Reform Alliance, Van Jones, Benjamin L Crump and Lee Merrit will understand because like Mr. Ahmaud Arbery was just jogging, Tamel Dixon, was

**INJURIES:** Just walking down the street.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Anguish, PTSD, Anxiety as Damon Dash, diagonsed me with me. Lost of Employment, lost of apartment. I'm not going to seek medical treatment untill this case is behind me.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$150 Million Dollars, "Education must enable one to sift and weigh evidence, to discern the true from the false, the real from the unreal, and the facts from the fiction. The functiong education, therefore, is to teach one to think intensively and to think critically." Martin Luther King

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

12-04-2020
Dated

Ahtwana
First Name

Marie
Middle Initial

Smith
Last Name

Plaintiff's Signature

Street Address

County, City

929-261-0172
Telephone Number

State

Zip Code

amariepayalega/andnatary@gmai)
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YOAK

Rapper Meek Mill is traumatized by
the way Drake totally
embarrassed him with songs
Back to Back and Charged up in
front of 100's of millions of people
around the world, so he
tried to embarress me the same
way with Stuck In My Ways,
Almost Slipped, Tic Tac Toe,
His verse on Nav song Tap, his song
Intro on Championships and his verse
on DJ Khalid song You Stay.
When in fact I never met
Mr. Williams, a day in my life so
he could never make me feel
like Drake made him feel.
When I Contacted his attorney
Brian McMonagle, I told by text to inform
his client that I don't know these people Meek insisted
Though. Point & fact of the matter Meek Mill
don't need to worry about
who I say Rest In Peace to on
my social media page
because I sure can care less
about him saying Rest In Peace
to his dad or his aunt
Terry or Sherry Or whatever her name
is, and like I texted his attorney
I can never be a Hoeorthot so being that I so
call been with many men he can now use them

as witnesses in court it's not many and the one's he do find are not credible.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1. The 84th Pct. Brooklyn New York,
   Karen watson a mental case from Harlem?

2. Scribbles & Giggles Day Care Center/ Termination
   Located in Nanticoke Pennsylvania

3. Eviction of Premises also located in
   The        Common Wealth of Pennsylvania

4. Officer Kroll Nanticoke  Police Department

5. Hon Gov. Tom Wolf The Common Wealth of PA

6. Attorney Brian

7. Daman Dash Studios & In the Event of my Demise
   Damon Dash Films: Dressed to  Kill

8. Favor For a Favor maino/uncle murder

9. Don't Come Outside Vol. 1  Uncle Murder

10. Stuck In My Ways    Meek Mill
11. Almost Slipped    Meek Mill
12. Pay You Back  Meek Mill
13. Intro Championships Album   Meek Mill
14. DJ Khalid song You Stay Meek Mill verse
15. Curtis Jackson / 50 Cent Power Season 6
16. Onika T. Maraj Petty Nickiminaj Twitter Post 6/2019
17. Carlton Roper Instagram Post Giselle & Samantha Smalls
18. The Queen of Harlem Commandments Author Michelle
19. Lured Fontain Brown to California with Plan to Kill him
20. Murdered Tamel Dixon  10/2020

UNITED STATES
DISTRICT COURT

1. Carlton Roper
   Jiton Green
   Rema Townsend

1. John Ancrum    Murda Mook
2. Daniel Henry Actor From Dame Dash Films
3. Camron Giles
4. Damon Dash
5. Michelle Smalls Michelle Smalls Beauty
6. Black Face 112

1. Sean Combs   P-Diddy
2. Jim Jones
3. Torrei Hart  DDS   DDF  DPN
1. Uncle Murda
2. Maino Jermaine Coleman A.K.A
   Mr. F The Truth  Keep Shining
   Jermaine think he is    Robert
   DeNiro and/or Al Pachinno

1. NYCDee111  A.K.A. I can't wait to it happen
2. Yandy Smith    LNHHNY
3. Mendeecee Harris   LNHHNY

1. Lyte       Sharhonda L Smith
2. Joey Brown  Photo Joe  Mr. Lets go
   millionares don't quit we almost their
1. 50 Curtis Jackson  Power season 6
2. Nicki       Onika T Miraj
3. meek mill   Robert Williams
4. milano Ms Harris Ms. NO Photo Shoot Just Real Life
5. Shabazz The OG  The PullUP Podcast
6. Floyd Mayweather TMT manggement

UNITED STATES
DISTRICT COURT

Considering that Maino
Jermaine Coleman), said F
the Truth    keep Shinning
to these    He can shine in court
also the song Favor For Favor
was directed to me from maino
and uncle murder. Since Damon Dash,
sent a woman to my job to register
her child at the Day care center,
and then sent the email and or
facebook message to the Day Care Center,
stating if they don't get rid of me they
will loose licence.
So he is part of the reason
the 84th Pct    poped in
up at my door step
2018. When in fact
Detective Bosh, called me in
2014 and fronted like he
was from the 106th Pct
when in fact he was from
the 84th Pct and I called
him out and told him
if he need me to surrender
to the 84th Pct he can
pick me up at Al Sharpton
NAN    Office I    will
be their in one hour. I did in fact
go to Nan on 145th Street,
and spoke with June moses,

I filled out forms and called the 84th Pct in front of June Moses, I told Detective Bosh if he needed to pick me up I'm available at NAN, and he can pick me up ASAP he hung up the phone and I never heard from the 84th Pct again the rest of 2014, the entire 2015, 2016 or 2017 and I resided at the same Queens address. Ironically I moved from NYS in February 2018, and I received a call from the owner of the Unit asking me why did I return the keys at his place of employment the Laundrymat downstairs from the Unit, I explained to him that I left and have no intentions

on returning. He stated to me that before he enter the Unit he must return a $1,000 deposit to me and I must sign forms. I explained to him I will be in NY, in April. I did in fact go to sign the forms in April 2018, and receive the $1,000 check considering he refused to allow me sign electronically and deposit the check in my account, at that time it was a Detective Card from the 84th Pct. Damon Dash, Know damn Well Karen Watson, who is from Harlem knows of the incident I had with the 84th Pct which I'll gladly go into detail at trial.

Considering that Uncle Murder resided on the same block as me and watched my house everyday with his newborn son and the mother of his child he knows I was outside everyday

and no police could have been
looking for me if he seen
me sit outside everyday
and right in front of
my building and across
the street from his building.
He was under the impression
he was watching me when
in fact I was watching him
it's kind of sad he had
that new born kid
with him. It's all sad
one morning at 3:00 am I
ran into uncle murder
3:00 am I was coming from
the casino on Rockaway Blvd. and
he ran as fast as I can
back to his building. However, in
the day time he would see me

Everyday when the crossing guard,
and the school kids we're
letting out and he would have a
big doofy smile on his face
like K-Michelle said,
and like like the other rapper said
that played the shit outof him.

Kareem Biggs, Should just
stay mind his business and
out of this because he
was in prison
When these men Started
this and he dont know the
facts and thats that.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  Federal Question

☐   Diversity of Citizenship

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1st Amendment Rights, Copyright Act of 1976
Unfair dismissal from employment.
The death of Jamel Dixon, the attempted murder of Fontain Brown &
myself

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                              (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

The apology Damon Dash, did apoligizing to Jay Z and everyone else was forced by Daniel Henry and Carlton Roper, because Carlton is desperate to give Jay Z a party which is why during that apology they

lured my nephew Fontain Brown, to the State of California, with the plan of having him murdered if I mentioned the apology on social media

B X tidalwave, made a video about Damon Dash and Jay-Z not me I just posted it so he need to find another family to stalk.

As far as Yandy Harris and Mendeecee Harris I had no idea who that child was when I reposted the child rape case of Mendee Harris, I was just reading and Carlton pointed that out to the mother Yandy Smith is a pitaful case of a mother and a pitaful case of parenting. Michelle Smalls, should be upset with her child. So for her to run up to that prison telling her husband about me and then posting the flowers and teddy Bears in her son hand

saying Kill Emmm. Is exactly
Why Angela Rye Spirited was
grieved watching the Show
because as a mother and a
grandmother my spirit was also
grieved.

Jones. Joseph G. Jones
Michelle Smalls and others
and now they are all
fixated with me along
with Nicki, 50 cents Sean Combs
Floyd Meek, Milano
Yandy Mendeecee and
the rest of them.
Damon Dash and Daniel
took offense to a Post on
my page in, regards to
Jay z, and have been
Stalking my entire Family Since

Joey Brown, is made because
he put his alibi on
facebook

Carlton Roper is the man that be fixated with me to the point he loose sleep, and was so desperate to slander and defame my name based upon things he seen on my facebook page, and things he posted on his page.

I don't owe him or anyone else shit so when Floyd mayweather post Flowers on his IG story Carlton can keep posting WE LITT.

He can be litt @ court.

Carlton Roper, is the one that Pointed me out to Jiton Green and Rema Townsend, Who then Pointed me Out to John Ancrum and Camron along Daniel Henry Giles and Jim

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharhonda L. Smith has been taking my pictures off of my social media page since 2014, and posting them on her page writing all types of derogatory things. She has (   ) in the past wrote on social media that Ahtwana has Ebola don't listen to anything she says. She seems to for some reason be preoccupied with my son, my god daughter and my grandchildren who she barely know. She has not been in a apartment of mine since 2003. When she should be more focused on Damon, Dash, Daniel Henry, Carlton Roper, Michelle Smalls, BlackFace 112, Jim Jones, Camron Giles, Rema Townsend, BlackFace 118, Joey Brown & others luring her oldest child to California to have him murdered in 2019 February. Due to her gang ties she needs to stay with these people and instead of posting my son legal issues she should post how she raped Rhea, and Rhea came to me crying if Rhea would of told

the police what she told me Sharhonda
Smith would en got life in prison
so she should ◯ stop posting
people Criminal records on
Social media.

