UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHLWANA MARIE SMITH,

                      Plaintiff,

      -against-

SEAN COMBS, ET AL.,

                    Defendants.

20-CV-10524 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      On December 15, 2020, the Court received a letter from Plaintiff advising the Court that she wishes to withdraw her complaint and refile it at another time. (ECF No. 4.) Accordingly, the Court grants Plaintiff's request to withdraw this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

      The complaint is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a). The Clerk of Court is directed to transmit a copy of this order to Plaintiff and close this action.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  December 17, 2020
          New York, New York

                                      COLLEEN McMAHON
                                  Chief United States District Judge